IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

2025 MAR -7 P 2:12

Shelly May Grignon

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Northern Light Health

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. ______________________
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shelly M Grignon |
| Street Address | 1993 Athens RD |
| City and County | Hartland Somerset |
| State and Zip Code | Maine 04943 |
| Telephone Number | 207-416-5091 |
| E-mail Address | smdubois.sd@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Northern Light Health |
| Job or Title (if known) | |
| Street Address | 43 Whiting Hill Road, Suite 500 |
| City and County | Brewer Penobscot |
| State and Zip Code | Maine 04412 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

State and Zip Code ______________________
Telephone Number ______________________
E-mail Address (if known) ______________________

Defendant No. 3

Name ______________________
Job or Title (if known) ______________________
Street Address ______________________
City and County ______________________
State and Zip Code ______________________
Telephone Number ______________________
E-mail Address (if known) ______________________

Defendant No. 4

Name ______________________
Job or Title (if known) ______________________
Street Address ______________________
City and County ______________________
State and Zip Code ______________________
Telephone Number ______________________
E-mail Address (if known) ______________________

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ____________________, is a citizen of the State of *(name)* ____________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ____________________, is a citizen of the State of *(name)* ____________________. *Or* is a citizen of *(foreign nation)* ____________________.

b. If the defendant is a corporation

The defendant, *(name)* ________________________, is incorporated under the laws of the State of *(name)* ________________________, and has its principal place of business in the State of *(name)* ________________________. *Or* is incorporated under the laws of *(foreign nation)* ________________________, and has its principal place of business in *(name)* ________________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

________________________________________________________________

________________________________________________________________

________________________________________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. See attachment

....

**III. Statement of Claim**

I had an interview on October 13th 2023 for a medical assistant in training with Stacy Hubel the director of practice management for Northern Light Health Pittsfield, she reported she was very interested in me and had mentioned that Northern Light Health has had to be creative in recruiting and retaining medical personnel as the Covid19 mandate resulted in a loss of medical staff, we discussed religious exemptions and vaccines as I had let her know that I had previously been allowed to claim a religious exemption via declination form through Northern Light Health, she reported she would check on it and get back to me.

On October 18th 2023 I received a voice message from Stacy Hubel in regards to vaccination requirements and she reported that Northern Light Health does not allow for religious exemptions and thus denied me employment as taking the flu shot is their policy.

I have also been in touch with Ami Johnson via phone (October 25, 2023 and November 3, 2023) and email (email- November 3, 2023 through November 9, 2023) trying to understand how I can be rejected employment and how they could deny religious exemptions as it falls under Title VII of the Civil Rights Act. Ami Johnson told me the State of Maine mandated that healthcare workers are required to have the flu vaccination thus they were not allowed to consider religious exemptions from flu due to the state mandate.

**IV. Relief**

I am requesting the court hold Northern Light Health accountable for violating Title VII of the Civil Rights Act of 1964 and order Northern Light Health to abide Federal Law requiring them to cease discriminatory practices and grant religious exemptions. I would also request that the court order Northern Light Health to reimburse the monies spent for bringing this to court.

The alleged wrongs continue as the EEOC (charge No: 523-2024-00738) found reasonable cause to believe that violations occurred but the EEOC could not obtain a settlement during conciliation with Northern Light Health thus granted me a right to sue.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. see attachment

## V. Closing

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 07, 2025.

Signature of Plaintiff [signature]

Printed Name of Plaintiff Shelly May Grgon