OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

March 7, 2025

Shelly May Grignon
1993 Athens Road
Hartland, ME 04943

RE:     Shelly May Grignon v. Northern Light Health
         1:25-cv-00080-NT

Dear Shelly May Grignon:

     The Court is in receipt of your complaint and filing fee submitted on March 7, 2025. Enclosed please find "Guidance Concerning Service of Process" which can be found on the Courts website at www.med.uscourts.gov under the tab "Representing Yourself".

     Please also refer to Rule 4 of the Federal Rules of Civil Procedure regarding service.

                           Sincerely,

                           CHRISTA K. BERRY, CLERK


                           By: /s/ Jessica Mahon
                               Deputy Clerk

Enc.